Kathleen M. Lucas (CA Bar No. 80339)
Alisha S. Meyer (CA Bar No. 300239)
THE LUCAS LAW FIRM
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 402-0200
Facsimile: (415) 402-0400
Email: klucas@lucaslaw.net
         asmeyer@lucaslaw.net

Attorneys for Plaintiff
Catherine M. Beardsley

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| Catherine M. Beardsley, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Oracle Corporation, a corporation; Oracle Financial Services Software, Inc., a corporation, and Does 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-2985 -JJT<br><br>**NOTICE OF SERVICE OF PLAINTIFF CATHERINE BEARDSLEY'S PRE-TRIAL DISCLOSURES** |

　　　　NOTICE IS HEREBY GIVEN that on March 6, 2020, Plaintiff Catherine Beardsley, by and through undersigned counsel, served on Defendant Oracle Corporation's counsel by email and U.S. Mail: Plaintiff Catherine Beardsley's Pre-Trial Disclosures.

RESPECTFULLY SUBMITTED this 6th day of March, 2020.

                THE LUCAS LAW FIRM

                By: /s/ Kathleen M. Lucas

                    Kathleen M. Lucas
                    Alisha S. Meyer
                    354 Pine Street, Fourth Floor
                    San Francisco, CA 94104
                    Attorneys for Plaintiff