Caroline Larsen, SBN 022547
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  602-778-3700
Fax:  602-778-3750
caroline.larsen@ogletree.com
trey.lynn@ogletree.com

*Attorneys for Defendants Oracle Corporation and Oracle Financial Services Software, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine M. Beardsley, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>Oracle Corporation, a corporation; Oracle Financial Services Software, Inc., a corporation, and Does 1-25, inclusive,<br><br>    Defendants. | No. CV-19-2985-PHX-JJT<br><br>**DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THEIR STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Defendants Oracle Corporation and Oracle Financial Services Software, Inc. (collectively, "Defendants") move to file under seal Exhibits 5, 9, 12, 14, 15, and 16 to their Statement of Facts in Support of their Motion for Summary Judgment.

Exhibits 5, 9, 12, 14, 15, and 16 contain Confidential and Attorneys' Eyes Only information as defined in the Protective Order, entered August 13, 2019.

Proposed Order to File Certain Exhibits Under Seal to Defendants' Statement of Facts in Support of their Motion for Summary Judgment filed herewith.

1   RESPECTFULLY SUBMITTED this 13th day of July 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: <u>s/ Caroline Larsen</u>
Caroline Larsen
Douglas Trey Lynn
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

*Attorneys for Defendants*

43471301.1

2