Caroline Larsen, SBN 022547
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Caroline.Larsen@ogletree.com
Trey.Lynn@ogletree.com

Attorneys for Defendants
Oracle Corporation and Oracle
Financial Services Software, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine M. Beardsley, an individual,<br><br>Plaintiff,<br>v.<br><br>Oracle Corporation, a corporation; Oracle Financial Services Software, Inc., a corporation, and Does 1 – 25, inclusive,<br>Defendants. | **Case No. CV-19-2985-PHX-JJT**<br><br>**DEFENDANTS' NOTICE OF ERRATA TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

On July 13, 2020, Defendant Oracle Corporation filed Defendant's Motion for Partial Judgment (the "Motion") (Doc 86). Exhibits 1 and 2 to the Motion were inadvertently omitted from the uploading to the Court's electronic filing system. Accordingly, Exhibits 1 and 2 are attached to this notice.

DATED this 14th day of July 2020.

                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                By: s/ Caroline Larsen
                   Caroline Larsen
                   Douglas (Trey) Lynn
                   2415 East Camelback Road, Suite 800
                   Phoenix, Arizona 85016
                   Attorneys for Defendants