EXHIBIT 1



| MARK BRNOVICH<br>ATTORNEY GENERAL | OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>CIVIL LITIGATION DIVISION<br>DIVISION OF CIVIL RIGHTS SECTION | REBEKAH BROWDER<br>ANGELINA NGUYEN<br>CHIEF COUNSEL |

## Dismissal Notice

To:  Catherine Beardsley
     c/o Kathleen M. Lucas, Esq.
     The Lucas Law Firm
     354 Pine Street, Fourth Floor
     San Francisco, CA 94104

     Oracle Financial Services Software, Inc.
     c/o Jennifer Cotner, Corporate Counsel
     324 Blackwell Street, Suite 410
     Durham, NC 27701

     *Re: Catherine Beardsley v. Oracle Financial Services Software, Inc.*
     CRD No.: P18-0001
     EEOC/HUD No.: 35A-2018-00151

**The Division of Civil Rights Section is closing its file on this charge.**

Based upon its investigation, the Division of Civil Rights Section concludes that the information obtained is not sufficient to establish violations of the statute(s) and further investigation is unlikely to produce such evidence. This does not certify that the Respondent is in compliance with the statute(s). No finding is made as to any other issues that might be construed as having been raised by this charge/complaint. The notice of Charging Party's appeal rights is included on the following page.

On behalf of the Division,

_____          10/2/[illegible]
Rebekah Browder, Chief Counsel                (Date)
Angelina Nguyen, Chief Counsel

#4509067

2005 N. CENTRAL AVENUE, PHOENIX, AZ 85004 • 602.542.5263
400 WEST CONGRESS, SOUTH BUILDING, SUITE S-315, TUCSON, AZ 85701 • 520.628.6500
WWW.AZAG.GOV

ACRD000001

| CHARGE OF DISCRIMINATION Page 1 of 1 <br> This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY <br> ☒ FEPA <br> ☐ EEOC | CHARGE NUMBER <br> PCRD-2018-0001 <br> 35A-2018-00151C |
|---|---|---|

## Arizona Attorney General's Office, Civil Rights Division and EEOC
*State or Local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* <br> Ms. Catherine Beardsley | | HOME TELEPHONE NO. *(Include Area Code)* <br> 203-581-2323 |
|---|---|---|
| STREET ADDRESS <br> 2402 E Esplanade Ln, #405 | CITY, STATE AND ZIP CODE <br> Phoenix, AZ 85016 | DATE OF BIRTH <br> 04/26/1953 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. *(If more than one, list below.)*

| NAME <br> Oracle Financial Services Software, Inc. | NUMBER OF EMPLOYEES/MEMBERS <br> Cat. D | TELEPHONE NUMBER *(Include Area Code)* <br> 732-623-0399 |
|---|---|---|
| STREET ADDRESS <br> 399 Thornall St | CITY, STATE AND ZIP CODE <br> Edison, NJ 08837 | COUNTY <br> Middlesex County |
| NAME <br> Oracle Corporation | | TELEPHONE NUMBER *(Include Area Code)* <br> 650-506-7000 |
| STREET ADDRESS <br> 100 Oracle Pkwy | CITY, STATE AND ZIP CODE <br> Redwood City, CA 94065 | COUNTY <br> San Mateo County |

CAUSE OF DISCRIMINATION BASED ON *(check appropriate box(es))*
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☒ AGE
☐ RETALIATION   ☐ DISABILITY   ☐ GENETIC TEST RESULTS   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
04/30/2017
☐ Continuing Action

Stamp: RECEIVED DEC 26 2017 CIVIL RIGHTS SECTION TUCSON OFFICE

EXPLAIN THE PARTICULARS OF WHAT TOOK PLACE *(If additional space is needed, attach extra sheet(s)):*

I. **PERSONAL HARM:** I was subjected to different terms and conditions, and subsequently terminated.

II. **RESPONDENTS REASON FOR ADVERSE ACTION:** None.

III. **DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me because of my sex, Female, and my age, 64 years (DOB: 04/26/53), in violation of the Arizona Civil Rights Act, as amended, Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended. The particulars are:

A. On or about December 15, 2011, I began my employment with Respondent as a Sales Director, most recently my position was as an Account Sales Representative. My work performance has always been satisfactory.

B. On or about June 30, 2017 I was terminated from my employment with the pretext that I had not reached my sales goal. I explained to my manager, Jay Yesinko that two deals that I contributed to in a significant way were pending. Shortly after my termination those sales closed and other male employees were compensated for them. I am also aware that Mary Mowry was terminated that day for the same reason. Out of the thirteen people on my sales team, nine did not reach their sales goals. Out of those nine, Respondent terminated the only two older women in the team. Shortly after my termination I became aware that both Ms. Mowry and I were replaced by younger males. I believe Respondent terminated Ms. Mowry and me because of age and sex.

C. I believe and therefore allege that Respondent discriminated against me because of my sex, Female, and age, 64.

| I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures. | Signature of Complainant and Date: <br> *Catherine M Beardsley* 12/26/17 |
|---|---|
| I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, Day, Year)* <br> *Kristy Duvernay* 12/26/17 |

6714464/Beardsley/EMP/KKD                                                                                                   ACRD000004

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PERSON FILING CHARGE<br>Catherine Beardsley |
|---|---|
| | THIS PERSON (Check One)<br>☒ CLAIMS TO BE AGGRIEVED<br>☐ IS FILING ON BEHALF OF ANOTHER |
| | DATE OF ALLEGED VIOLATION<br>EARLIEST         LATEST<br>                        04/30/2017 |
| Human Resources Director | |
| Oracle Corporation | PLACE OF ALLEGED VIOLATION<br>REDWOOD CITY, CA 94065 |
| 100 Oracle Pkwy | EEOC CHARGE NUMBER<br>35A-2018-00151C |
| Redwood City, CA  94065 | FEPA CHARGE NUMBER<br>PCRD-2018-0001 |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTIONS WHERE FEP AGENCY WILL INITIALLY PROCESS
*(SEE ATTACHED INFORMATION SHEET FOR ADDITIONAL INFORMATION)*

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER
  ☒   Title VII of the Civil Rights Act of 1964
  ☒   The Age Discrimination in Employment Act of 1967 (ADEA)
  ☐   The Americans With Disabilities Act

HAS BEEN RECEIVED BY

☐   The EEOC and sent for initial processing to ___Arizona Civil Rights Division___.
                                                                  *(FEP AGENCY)*
☒   The ___Arizona Civil Rights Division___ and sent to the EEOC for dual filing purposes.

While EEOC has jurisdiction (upon the expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by the EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances, the Commission will take no further action, thereby avoiding the necessity of an investigation by the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

☒.
  As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Record keeping and Non-Retaliation provisions of Title VII and the ADEA as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

☐   An Equal Pay Act investigation (29 U.S.C. 206 (d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.
☒   Enclosure: Copy of the Charge

BASIS OF DISCRIMINATION
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NAT.ORIGIN   ☒ AGE   ☐ DISABILITY   ☐ RETALIATION   ☐ OTHER

CIRCUMSTANCES OF ALLEGED VIOLATION

| DATE<br>1/4/18 | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL<br>PATRICIA G. BIANCHI, COMPLIANCE MANAGER | SIGNATURE  *[signature]* |
|---|---|---|

ACRD000007

# Civil Rights Division
## EMPLOYMENT QUESTIONNAIRE

Part I. General Information

1. State your full name: Catherine M. Beardsley

2. State your current address and telephone numbers:

   Street or Box No. 2402 E. Esplanade Lane #405

   City Phoenix State AZ ZIP 85016

   Home Phone: _____

   Other Phone: _____ Cell ( ) Work ( )

3. The discrimination which you experienced is based on:
   [check appropriate base(s)]

   For complaints under the ACRA/Title VII:
   ( ) Race: _____
   ( ) Color: _____
   ( ) National Origin: _____
   ( ) Religion: _____
   (✓) Sex: _____
   (✓) Age: _____
   ( ) Disability: _____
   ( ) Retaliation: _____
   ( ) Genetic test results: _____

4. Please provide the following information needed for statistical purposes:

   Your race: Caucasian

   Your sex: Female

   Your national origin: US

   Your date of birth: 4-26-53

   How did you hear about our office? ___ Att'y Gen. website ___ Outreach event
   ___ Referral from other organization ___ Other (*please specify*)_____

1

5. The reason(s) why you are filing a charge of discrimination is because of: (check appropriate reason)

   ( ) Failure to hire (includes barriers to interviews and applications).
   ( ) Failure to promote.
   (✓) Termination (includes layoff, discharge, quit, resignation, etc.).
   (✓) Unequal terms and conditions of employment (includes unequal treatment in pay, discipline, benefits, work schedules, unlawful harassment, etc.).
   ( ) Sexual harassment.
   ( ) Unlawful retaliation
   ( ) for filing a charge with the Civil Rights Division.
   ( ) for opposing a practice made unlawful by the Arizona Civil Rights Act.
   ( ) for filing a charge with any other government agency.
   ( ) Immigration related unfair employment practices (OSC) (includes failure to hire or termination because of national origin [for employers with 4-14 employees], citizenship status [work authorized only], and document abuse [asking for additional or different I-9 documents]).
   ( ) Other   Explain:_____

6. When did the discrimination act(s) take place?

   First Time: (Date) _____

   Last Time: (Date) _____

   Continuous?    ( ) Yes   or   ( ) No

7. How many employees does this employer have? (check one)

   ( )A. 15-100  ( )B. 101-200  ( )C. 201-500  ( )D. 501+  ( )U. Unknown

8. Furnish the employer's name (company name) and complete address and telephone number.
   Company Name: *Oracle*

   Address: _____

   City _____ State _____ ZIP _____

   County: _____ Phone: _____

2

9. Furnish the name and address of the parent company (corporate office) and telephone number.

   Company Name: _____

   Address: _____

   City _____ State _____ ZIP _____

   County: _____ Phone: _____

10. Please provide the name and address of a contact person (friend or relative) through whom we can contact you if we are unable to reach you.

    Name: *Oracle Financial Services Software, Inc., Subsidiary of Oracle Corporation*

    Address: *399 Thornall Edison, New Jersey* — *Oracle Parkway Redwood Shores, CA*

    N /Husband/ John B. Richards 203 559-9181

    City _____ State _____ ZIP _____

    Phone: _____

    Relationship: _____

11. Do you have an attorney who is representing you at the present time? If so, please furnish his/her name, the name of the law firm and complete address below.

    *Kay Lucas (Kathleen M. Lucas)*
    *354 Pine Street, 4th Floor*
    *San Francisco, CA   94104*

12. Have you filed a charge with the Equal Employment Opportunity Commission (EEOC), the Office of Special Counsel for Immigration-Related Unfair Employment Practices (OSC), or any other governmental agency concerning the allegations which you are raising in your charge of discrimination with this Division?

    ( ) Yes (✓) No   Agency Name: _____

    _____ on (date) _____

3

ACRD000059

13. Please explain the type of business the employer is engaged in (i.e., insurance, banking, manufacturing, retail trade, wholesale trade, service industry, etc.) and explain what kind of product is involved.

    _Technology_

14. Does the potential Complainant have a handicap (disability) which will require a reasonable accommodation by this office?

    ( ) Yes     ( ) No     ( ) Unknown

    The disability is: _____

    Reasonable Accommodation Needed: (e.g., sign language interpreter, use of TDD instead of phone, etc.)

===============================================================

**(For Intake Officer)** Attach appropriate parts, fully completed, depending upon the harm alleged in the charge. Indicate by a checkmark which of these parts are attached:

( ) Part I       Failure to Hire
( ) Part II      Failure to Promote
( ) Part III     Termination
( ) Part IV      Unequal Terms & Conditions of Employment
( ) Part V       Retaliation
( ) Part VI      Handicap Discrimination
( ) Part VII     Sexual Harassment
( ) Part VIII    Office of Special Counsel Intake Form

# 226082
"Revised 6/2009"

EXHIBIT 2

CP met element 1. CP failed elements 2-4. CP did not dispute that she did not meet her sales goals in Fiscal 2017, although she claimed to have no knowledge of an email an external partner sent to her sales director stating that her work on a key account was substandard, she failed to build relationships with key stakeholders, and her presence on the team hindered closing the deal. CP also denied RD's assertion that she was being overly reliant on management and internal partners to drive sales. However, she did not provide any evidence to refute RD's position that she was terminated for substandard performance as well as not meeting her sales goals. The documentary and testimonial evidence gathered in the course of the investigation revealed a total of seven sales representatives who did not meet their sales goals in Fiscal 2017. These associates were verbally and or formally put on performance improvement plans. CP and her female colleague, Mary Mowry were terminated, as was a 45 year-old male. A 65 year-old male was to be terminated, but he decided to retire instead. Two males, ages 65 and 45, respectively, resigned, and one male, age 48, transferred to a different division of the company. Prince Varma, the Sales Director overseeing the OFSA Sales Division, testified that each underperforming sales representatives were counseled by him or former Supervisor Jay Yesinko, and they were not offered the options in lieu of termination; rather, some of the representatives decided on their own to resign, retire or transfer.

**Age Discrimination Title 41, Arizona Revised Statutes, Sections 1463(B)-(E)**
**Elements:**
1. RD is a covered employer. A.R.S. §41-1461(6).
2. CP is at least forty years old. A.R.S §41-1465.
3. RD committed an unlawful employment practice. A.R.S. 41-1463(B)-(E).
4. RD committed unlawful employment practice *because of* CP's age. A.R.S. §41-1463(B)-(E).

CP met elements 1 and 2. CP failed elements 3-4. As noted above, CP was terminated for a legitimate business reason, failure to meet sales goals and substandard performance. Although she disputed RD's assertion she had substandard performance, she did not provide evidence to the contrary. Furthermore, CP was unable to show that only older female sales representatives were terminated or that males were treated more favorably in the termination process.

**Conclusion**
The totality of the testimonial and documentary evidence does not support Charging Party's allegation that she was terminated because of her sex, female, and age, 64 years, or treated less favorably in the termination process. Further investigation is unlikely to result in a cause finding. For the foregoing reasons, CO recommends the dismissal of this case.

_____   9/21/18
Compliance Officer              Date

_____   9/25/18
Compliance Manager              Date

Author: JCuilty
Doc Number: #7326992
Doc Name: Catherine Beardsley v. Oracle Financial Services Software, Inc. & Oracle Corporation (Dismissal)
Page 2 of 2

EEOC000004