# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine M. Beardsley, | No. CV-19-02985-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Oracle Corporation, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion to File Under Seal Certain Exhibits to Their Statement of Facts in Support of their Motion for Summary Judgment (Doc. 80). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting Motion to File Under Seal Certain Exhibits to Their Statement of Facts in Support of their Motion for Summary Judgment (Doc. 80).

IT IS FURTHER ORDERED directing the Clerk of the Court to file under seal the document lodged under seal at Document 81.

Dated this 15th day of July, 2020.

Honorable John J. Tuchi
United States District Judge