Caroline Larsen, SBN 022547
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Caroline.Larsen@ogletree.com
Trey.Lynn@ogletree.com

Attorneys for Defendants
Oracle Corporation and Oracle
Financial Services Software, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Catherine M. Beardsley, an individual, | Case No. CV-19-2985-PHX-JJT |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF CERTIFICATION OF CONFERRAL** |
| Oracle Corporation, a corporation; Oracle Financial Services Software, Inc., a corporation, and Does 1 – 25, inclusive, Defendants. | |

Pursuant to LR12.1(c), Local Rules of Civil Procedure of the District of Arizona, undersigned counsel for Defendants Oracle Corporation ("Oracle") and Oracle Financial Services Software, Inc. ("OFSS") certifies that they attempted to meet and confer regarding Defendants' Motion for Judgment on the Pleadings (Doc. 86, the "Motion"). Due to conflicting scheduling issues and relevant deadlines for filing dispositive motions, undersigned counsel did not have an opportunity to specifically discuss the Motion with Plaintiff's counsel prior to filing it on July 13, 2020. Undersigned counsel reached out to Plaintiff's counsel on July 14, 2020 to advise that the motion had been filed and to meet and confer regarding the issues raised in the motion. Undersigned counsel affirmed that Defendants will withdraw the Motion in the event Plaintiff agrees to withdraw the claims

addressed in the motion. Undersigned counsel also called Plaintiff's counsel on July 16, 2020 and left a voicemail regarding the Motion, but have not received a return phone call.

While undersigned counsel has not yet received a response from Plaintiff, Defendants remain willing to withdraw the Motion in the event Plaintiff agrees to withdraw the claim addressed in the Motion. Nevertheless, Defendants have met and conferred with Plaintiff's counsel pursuant to LR12.1(c).

DATED this 17th day of July 2020.

          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

          By: s/ Douglas (Trey) Lynn
            Caroline Larsen
            Douglas (Trey) Lynn
            2415 East Camelback Road, Suite 800
            Phoenix, Arizona 85016
            Attorneys for Defendants